```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 10302
   CYNTHIA T COLLIER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6028


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/08/2007 and was not confirmed.

     The case was dismissed without confirmation 08/29/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED            1590.16         .00           .00
CONDOR CAPITAL *           SECURED NOT I    NOT FILED           .00           .00
FIRST HORIZON HOME LOAN    SECURED NOT I         .00            .00           .00
HSBC AUTO FINANCE          SECURED NOT I         .00            .00           .00
INGALLS                    SECURED NOT I    NOT FILED           .00           .00
VERIZON                    SECURED NOT I    NOT FILED           .00           .00
FIRST HORIZON HOME LOAN    SECURED NOT I         .00            .00           .00
PRO SE DEBTOR              DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                           ---------------       ---------------
TOTALS                          .00                   .00




             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 10302 CYNTHIA T COLLIER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/05/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |